

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-16-00809-CV

Andrew **GOSS**,
Appellant

v.

Shakia **GOSS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02273
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

This is an appeal from a final judgment, a decree of divorce, signed on November 30, 2016. The judgment involves the conservatorship of minor children. This appeal has been pending since December 15, 2016. The briefing is completed and the appeal is at issue.

On November 10, 2017, appellant, Andrew J. Goss, filed in this Court a motion titled "Emergency Motion for Writ of Supersedeas and Motion for Expedited Consideration." In the motion, appellant asks this court to "quickly order a Writ of Supersedeas, preventing enforcement of any and all orders of the Trial Court in the case, pending resolution of this appeal."

On November 13, 2017, appellant filed a document in the trial court titled "Notice of Appeal," stating that he is appealing the "denial of writ of supersedeas" signed by the trial court on November 9, 2017. A copy of appellant's "Notice of Appeal" was filed in this court on November 14, 2017.

The law does not authorize an independent appeal from an order denying the suspension of enforcement of a judgment. Appellate review of a trial court's ruling concerning the

suspension of enforcement of a judgment is governed by Rule 24.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 24.4 ("A party may seek review of the trial court's ruling by motion filed in the court of appeals with jurisdiction or potential jurisdiction over the appeal from the judgment in the case."). An appellate court may review the trial court's decision to allow suspension of enforcement of a judgment. *See id*. 24.4(a)(4). Therefore, we construe the document titled "Notice of Appeal" and filed by appellant on November 13, 2017, as a motion for review filed pursuant to Rule 24.4(a)(4). **We ORDER the Clerk of this Court to file this document in Appellate Cause No. 04-16-00809-CV.**

**We FURTHER ORDER the trial court clerk to file, <u>no later than FOURTEEN (14) days from the date of this order</u>, a supplemental clerk's record** in Appellate Cause No. 04-16-00809-CV containing (1) any pleadings filed in the trial court regarding Andrew L. Goss's request to suspend enforcement of the trial court's judgment; (2) any orders setting a hearing in the trial court on Andrew L. Goss's request to suspend enforcement of the trial court's judgment; (3) any orders filed in the trial court disposing of Andrew L. Goss's request to suspend enforcement of the trial court's judgment, and (4) the trial court's docket sheet.

Both appellant's motion seeking suspension of enforcement of the judgment motion and his motion for review under Rule 24.4(a)(4) remain pending in this Court.

It is so **ORDERED** on November 28, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
CLERK OF COURT